UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MILAGROS SENIOR, on behalf of herself and all other persons similarly situated,

                         Plaintiffs,

          - against -

THE CONTEMPORARY ART MODERN PROJECT, LLC,

                         Defendant.
-------------------------------------------------------------X

Case No. 22-cv-07593 (PAE)(SM)

STIPULATION AND ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action by plaintiff against defendant are hereby voluntarily dismissed with prejudice and without costs.

Dated: New York, New York
         December 6, 2022

GOTTLIEB & ASSOCIATES

By: _____
Michael A. LaBollita, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
(212) 228-9795
Michael@gottlieb.legal
*Attorneys for Plaintiffs*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Peter T. Shapiro
Peter T. Shapiro, Esq.
77 Water Street, Suite 2100
New York, NY 10005
(212) 232-1300
peter.shapiro@lewisbrisbois.com
*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.

4872-9524-6402.1