UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MILAGROS SENIOR, on behalf of herself and all other
persons similarly situated,

                           Plaintiffs,

        - against -

THE CONTEMPORARY ART MODERN
PROJECT, LLC,

                           Defendant.
---------------------------------------------------------------X

Case No. 22-cv-07593 (PAE)(SM)

**STIPULATION AND ORDER
OF DISMISSAL PURSUANT
TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action by plaintiff against defendant are hereby voluntarily dismissed with prejudice and without costs.

Dated: New York, New York
       December 6, 2022

GOTTLIEB & ASSOCIATES

By: _____
Michael A. LaBollita, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
(212) 228-9795
Michael@gottlieb.legal
*Attorneys for Plaintiffs*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Peter T. Shapiro
Peter T. Shapiro, Esq.
77 Water Street, Suite 2100
New York, NY 10005
(212) 232-1300
peter.shapiro@lewisbrisbois.com
*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.

December 12, 2022

4832-9524-6402.1